**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    RUDOLPH J TASCH<br>    ROBIN N TASCH<br>        Debtor(s) | Case No. 10-03946 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/01/2010.

2) The plan was confirmed on 05/12/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/23/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/14/2012.

5) The case was converted on 01/15/2013.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $48,450.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $39,082.69 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$39,082.69** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,446.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,852.06 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,298.06** |
| Attorney fees paid and disclosed by debtor: | $1,054.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASSET MANAGEMENT OUT | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS/JOLIET | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING | Secured | 68,797.96 | 69,597.96 | 69,597.96 | 30,124.71 | 0.00 |
| BAC HOME LOAN SERVICING | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 323.00 | 508.39 | 508.39 | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Secured | 800.00 | 800.00 | 800.00 | 800.00 | 3.54 |
| CDA PONTIAC | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 1,043.10 | 1,043.10 | 0.00 | 0.00 |
| COLLECTION COMPANY OF AMERIC | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 1,027.00 | NA | NA | 0.00 | 0.00 |
| CSRS | Unsecured | 157.00 | 156.81 | 156.81 | 0.00 | 0.00 |
| EDGEWATER COMMUNITY ASSOCIA | Secured | 1,908.29 | 1,908.29 | 1,908.29 | 588.60 | 0.00 |
| EM STRATEGIES LTD | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| JOLIET DOCTORS CLINIC | Unsecured | 141.00 | 83.60 | 83.60 | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 789.00 | 813.44 | 813.44 | 0.00 | 0.00 |
| MRSI | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Secured | 15,474.00 | 3,173.99 | 3,173.99 | 3,173.99 | 93.79 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | NA | 8,715.83 | 8,715.83 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 312.58 | 312.58 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 387.00 | 481.28 | 481.28 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 4,094.21 | 4,094.21 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 889.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 419.00 | 419.87 | 419.87 | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 372.00 | 518.16 | 518.16 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| T MOBILE | Unsecured | NA | 320.88 | 320.88 | 0.00 | 0.00 |
| THE COS IN JOLIET INC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| WEISS MEMORIAL HOSPITAL | Unsecured | NA | 125.00 | 125.00 | 0.00 | 0.00 |
| WEISS MEMORIAL HOSPITAL | Unsecured | NA | 49.40 | 49.40 | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $69,597.96 | $30,124.71 | $0.00 |
| Debt Secured by Vehicle | $3,973.99 | $3,973.99 | $97.33 |
| All Other Secured | $1,908.29 | $588.60 | $0.00 |
| **TOTAL SECURED:** | **$75,480.24** | **$34,687.30** | **$97.33** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,642.55** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,298.06 |
| Disbursements to Creditors | $34,784.63 |
| **TOTAL DISBURSEMENTS :** | **$39,082.69** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/30/2013                             By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**